**667  FIRST NATIONAL BANK vs. CIRCUIT JUDGE (Wayne), 18 M., 483.**

To compel vacation of an order setting aside the report of a referee and entry of judgment on the report.

Granted May 13, 1869.

Respondent had set aside the report on the ground that it was against the weight of evidence, which the court held that it had no power to do. As the question was a new one no costs were imposed.